# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**WEST COAST MOBILE HOME PARKS, INC.,**

    **Plaintiff,**

    vs.                                                         Civ. No. 20-858 RB/SCY

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**

    **Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on October 27, 2020 the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 11), filed on October 15, 2020 and adopted it as modified by the dates and discovery parameters provided in the Court's Scheduling Order filed concurrently with this Order.

_____
UNITED STATES MAGISTRATE JUDGE